

# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00012-CV

VINH HUU CAO & MAI HONG LUU, Appellants

V.

KELLY HANCOCK, IN HIS OFFICAL CAPACITY AS ACTING TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, Appellee

This Court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is **AFFIRMED**.

We order appellants, Vinh Huu Cao & Mai Hong Luu, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

Judgment Rendered September 11, 2025.

Panel consists of Chief Justice Brister and Justices Field and Rose.
Opinion delivered by Chief Justice Brister.